RECEIVED JUN 8 2000 U.S. DISTRICT COURT MIDDLE DISTRICT OF LOUISIANA DEPUTY CLERK

FILED U.S. DIST. COURT MIDDLE DIST. OF LA.

00 JUN 28 AM 10: 23

SIGN_____ by DEPUTY CLERK

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| KOTI SANGISETTY, ON BEHALF OF THE MINOR CHILD RAVI SANGISETTY | CIVIL ACTION NO. 98-0428 |
| VERSUS | SECTION: B |
| THE LOUISIANA DEPARTMENT OF EDUCATION, THROUGH THE BOARD OF DIRECTORS, THE LOUISIANA SCHOOL FOR MATH, SCIENCE AND THE ARTS DAVID SINITIERE, AND DEANIA A. JOHNSON | MAGISTRATE: I |

## JUDGMENT

Considering the motion of The Louisiana School for Math, Science and the Arts, for summary judgment, it is

**ORDERED, ADJUDGED AND DECREED** that all claims against The Louisiana School for Math, Science and the Arts, Brother David Sinitiere, Executive Director and Deania A. Johnson be and are hereby DISMISSED with prejudice and all costs are born by each party.

6/27/00

Page 1

DKT. & ENTERED
DATE 6/28/00  Hamilton
NOTICE MAILED TO: Dow
DATE____ BY____ Sanders
Bertrand
FJP

Case 3:98-cv-00428-FJP   Document 59   06/28/00   Page 1 of 1

DATE: 06/28/00   DEPUTY CLERK: BP
3:98-cv-00428 59 - 1